IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TROY LEWIS
Reg. #31001-045                                                                      PETITIONER

v.                          No. 2:19-cv-168-DPM

DEWAYNE HENDRIX,
Warden, Forrest City                                                                 RESPONDENT

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, *Doc. 16*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 7*, granted. Motion for extension, *Doc. 15*, denied. Lewis hasn't shown that his due process rights were violated during his most recent disciplinary proceeding. His petition will therefore be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2020