IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TROY LEWIS
Reg. #31001-045                                                    PETITIONER

v.                      No. 2:19-cv-168-DPM

DEWAYNE HENDRIX,
Warden, Forrest City                                               RESPONDENT

## JUDGMENT

Lewis's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2020